24064. JEFFERSON *v.* THE STATE.

MACINTYRE, J. This case is controlled by the decision in *Statham* v. *State,* 50 *Ga. App.* 165 (177 S. E. 522).

*Judgment reversed. Guerry, J., concurs.*

BROYLES, C. J., dissents for the reasons stated in his dissenting opinion in *Statham* v. *State,* supra.

DECIDED DECEMBER 18, 1934.

*Joseph D. Lewis, Swift Tyler,* for plaintiff in error.
*John S. McClelland, solicitor, John A. Boykin, solicitor-general, J. W. LeCraw, I. Leonard Crawford,* contra.